FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

JUL 16 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| DONALD WAYNE TOENNIGES, | : |
| | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION |
| v. | : FILE NO. |
| | 3 : 10-CV-0959-JTC |
| AIG, D/B/A AMERICAN | : |
| GENERAL LIFE COMPANIES, | : |
| ANN HENDERSON, SHARITA | : |
| DOUGLAS LANE, UNITED | : |
| BANK, JAMES SKINNER, JR., | : |
| HEATHER HILL, BANK OF | : |
| AMERICA, DENSI | : |
| BOWIE-GREEN, STATE FARM, | : |
| DAN ANDREWS, | : |
| | : |
| Defendants. | : |

## NOTICE OF REMOVAL

Defendant Bank of America, N.A. ("Bank of America"), improperly-named as "Bank of America," hereby removes this action from the Superior Court of Spalding County, Georgia. As described below, this Court has jurisdiction over the claims alleged in this case and the procedural requirements of removal have been satisfied. As such, this case is properly removed to this Court.

1.

Bank of America has been named as a defendant in *Donald Wayne Toenniges v. AIG, d/b/a American General Life Companies, Ann Henderson, Sharita Douglas Lane, United Bank, James Skinner, Jr., Heather Hill, Bank of America, Densi Bowie-Green, State Farm, Dan Andrews*, Civil Action Number 10V-1264, which was filed in the Superior Court of Spalding County, Georgia.

2.

Pursuant to 28 U.S.C. § 1331, this Court has federal question jurisdiction over this civil action because Plaintiff's claims arise under the Constitution, laws, or treaties of the United States. In addition, pursuant to 28 U.S.C. § 1441 *et seq.*, this case is properly removable.

**FEDERAL QUESTION JURISDICTION**

3.

In the Complaint, Plaintiff Donald Wayne Toenniges (the "Plaintiff") alleges that the defendants, in addition to violating several state statutes, violated federal law, including the RICO Act, 18 U.S.C. § 1961 *et seq.* (Compl. at 9) and a statute regarding mail fraud, 18 U.S.C. § 1341 (*id.*). Plaintiff also alleges violations of his right to due process, (Compl. at 12). Thus, Plaintiff's claims arise under the

Constitution, laws, or treaties of the United States and give rise to federal question jurisdiction.

4.

This Court has supplemental jurisdiction over any pendent state law claims under 28 U.S.C. § 1367(a) because all such claims are so related to Plaintiff's federal statutory claims that they form part of the same case or controversy. *See, e.g., In re City of Mobile*, 75 F.3d 605, 607 (11th Cir. 1996). Therefore, this civil action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) and (b).

## **PROPRIETY OF REMOVAL**

5.

Bank of America has complied with the procedural requirements for removal.

6.

The Northern District of Georgia is the federal judicial district embracing Spalding County, Georgia, where this action originally was filed. *See* 28 U.S.C. § 90(a). Venue, therefore, is proper in this District pursuant to 28 U.S.C. § 1441(a).

7.

Plaintiff filed his Complaint on or about May 24, 2010. Bank of America was served with process on or about June 17, 2010. This Notice of Removal, therefore, is timely pursuant to 28 U.S.C. § 1446(b).

8.

Pursuant to 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal will be served promptly upon Plaintiff and filed with the Clerk of the Superior Court of Spalding County, Georgia.

9.

A copy of all pleadings and process served on Bank of America in this case is attached to this Notice of Removal as <u>Exhibit A</u>.

10.

All defendants who have appeared in this case consent to removal of this matter.

WHEREFORE, Bank of America respectfully submits this Notice of Removal.

Respectfully submitted this 16th day of July, 2010.

                                            **PARKER, HUDSON, RAINER & DOBBS LLP**

                                            Nancy H. Baughan
                                            Georgia Bar No. 042575
                                            Darren E. Gaynor
                                            Georgia Bar No. 288210
                                            1500 Marquis Two Tower
                                            285 Peachtree Center Avenue, N.E.
                                            Atlanta, Georgia 30303
                                            Telephone:  404-523-5300
                                            Facsimile:  404-522-8409
                                            E-mail: nbaughan@phrd.com
                                            E-mail: dgaynor@phrd.com

                                            *Counsel for Bank of America, N.A.*